## WISCHMEYER ET AL. *v.* MARTZ.

[No. 10,584. Filed December 15, 1920.]

From Marion Superior Court (A.-2,170) ; *Linn D. Hay,* Judge.

Action between Mary F. Wischmeyer and others, and Anna Martz. From a judgment for the latter, the former appeal. *Affirmed.*

*Frank M. Hay,* for appellants.

*J. Herbert Hartman, W. H. Faust* and *George O. Lepman,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## FEINBERG *v.* HART ET AL.

[No. 10,526. Filed October 13, 1920. Rehearing denied December 16, 1920.]

From Delaware Superior Court; *Robert M. Van Atta,* Judge.

Action between Abe Feinberg and Thomas F. Hart and another. From the judgment rendered, the former appeals. *Affirmed.*

*McClellan, Hensel & Guthrie* and *Leffler, Ball & Needham,* for appellant.

*White & Haymond* and *Silverburg, Bracken & Gray,* for appellees.

McMAHAN, C. J.—On the authority of *Sturgen* v. *Lopshire* (1919), 71 Ind. App. 191, 124 N. E. 497, and authorities therein cited, we hold that no question is presented for our consideration. Judgment affirmed.

---

## MEYER, ADMINISTRATOR, *v.* MEYER.

[No. 10,478. Filed January 4, 1921.]

From Allen Superior Court; *Carl Yaple,* Judge.

Action by Mary Meyer against Henry F. Meyer, administrator of the estate of Fredericka Meyer, deceased. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Eben Lesh, S. M. Sayler* and *Elmer Leonard,* for appellant.
*Cline & Cline* and *Hartzell & Todd,* for appellee.

McMAHAN, J.—Appellee filed a claim for services rendered her